## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA
    Plaintiff

      v.

JORGE IVAN GARCIA-ROBLEDO,
    Defendant

Criminal No. 06-248 (ADC)

## ORDER

Before the Court is an unopposed Report and Recommendation issued by Magistrate-Judge Bruce J. McGiverin on May 30, 2007. (**Docket No. 59**.) In said Report and Recommendation the Magistrate-Judge recommends that: defendant **Jorge Ivan García-Robledo** be adjudged guilty of the offenses charged in Count I (21 U.S.C. § 841(a)(1) inasmuch as, his plea of guilty was intelligently, knowingly and voluntarily entered.

Neither party has filed objections to the Magistrate-Judge's Report and Recommendation within the time frame provided by the Federal Rules of Criminal Procedure and this Court's Local Rules. See Fed. R. Crim. P. 11; 28 U.S.C. § 636(b)(1)(B); D.P.R. Local Crim. R. 147(b).

After reviewing the record, the Court agrees with the arguments, factual and legal conclusions within the Report and Recommendation. Therefore, the Court hereby **APPROVES** and **ADOPTS** the Magistrate-Judge's Report and Recommendation in its entirety.

Accordingly, a judgment of conviction is to be entered as to Count I of the indictment in the above-captioned case.

**The sentencing hearing is set for July 23, 2007 at 2:30 p.m.**

**SO ORDERED.**

At San Juan, Puerto Rico, this 21st day of June, 2007.


S/**AIDA M. DELGADO-COLON**
**United States District Judge**